1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  JOHN A. KELLY [SBN 324463]
   jkelly@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for Defendant,
   MIDLAND CREDIT MANAGEMENT,
7  INC.

8

9
                    **UNITED STATES DISTRICT COURT**
10
                 **SOUTHERN DISTRICT OF CALIFORNIA**
11

12
   TIMOTHY CHANDLER, an              Case No.   **'22 CV0636 BEN DEB**
13 Individual,

14                                   **NOTICE OF REMOVAL OF ACTION
              Plaintiff,            UNDER 28 U.S.C. § 1441(a)**
15
                                    State Court Complaint Filed: 4/4/2022
16         v.

17 MIDLAND CREDIT
18 MANAGEMENT, INC., a Kansas
   Corporation.
19
20            Defendants.

21

22

23     **TO THE CLERK OF THE COURT:**

24     **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441(a) and 1331,

25 Defendant Midland Credit Management, Inc. ("Midland") hereby removes this action

26 from the Superior Court of the State of California for the County of San Diego, Case

27 No. 37-2022-00012482-CL-NP-CTL (the "State Case") to the United States District

28 Court for the Southern District of California. The grounds for this removal are:

**FACTUAL SUMMARY**

1.    On April 4, 2022, plaintiff Timothy Chandler commenced the State Case alleging violations of the federal Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq.*) and the Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code § 1788 *et seq.*).

2.    Midland was served with the summons and complaint on April 6, 2022.

3.    This notice is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty days after service of the complaint.

**JURISDICTION**

4.    Removal is proper pursuant to 28 U.S.C. § 1441(a), which entitles a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. § 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The district court has supplemental jurisdiction over the alleged state law claims because they are so related to the claim over which the district court has original jurisdiction that they "form part of the same case or controversy." 28 U.S.C. § 1367(a).

5.    Pursuant to 28 U.S.C. § 1446(a), Midland attaches as **Exhibit 1** and **Exhibit 2** the copies of all process, pleadings, and orders in the State Court action.

DATED: May 6, 2022    SOLOMON WARD SEIDENWURM & SMITH, LLP

By:  */s/ Thomas F. Landers*
THOMAS F. LANDERS
JOHN A. KELLY
Attorneys for Defendant,
MIDLAND CREDIT MANAGEMENT, INC.