**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
*Timothy Chandler*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CHANDLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,<br><br>Defendant. | Case No.:  3:22-cv-00636-W-DEB<br><br>**PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW**<br><br>HON. THOMAS J. WHELAN<br><br>DATE:       JANUARY 23, 2023<br>COURTROOM:  3C<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE** |

**COMES NOW,** David McGlothlin, Esq., Mona Amini, Esq., Gustavo Ponce, Esq., and the law firm of Kazerouni Law Group, APC, counsels for Plaintiff, Timothy Chandler, in the matter of *Timothy Chandler v. Midland Credit Management, Inc.*, 3:22-cv-00636-W-DEB, and respectfully requests this Court's permission to withdraw as attorneys of record for Plaintiff. In support thereof, counsels state that (a) the attorney-client relationship cannot be maintained as Plaintiff has been unresponsive and communication with Plaintiff has been completely lost.

As set forth in the Declaration of Gustavo Ponce, Plaintiff's counsels have taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of Plaintiff, including giving due notice to Plaintiff of Plaintiff's counsels' intent on withdrawing from representation, allowing time for employment of other counsel, complying with rule 3-700(D) of the California Rules of Professional Conduct, and has compiled with other applicable laws and rules with regard to withdrawal of representation.

**THEREFORE,** counsel for Plaintiff respectfully requests this Court permit all current counsel of record for Plaintiff to withdraw.

Dated: December 12, 2022           Respectfully submitted,

                                             **KAZEROUNI LAW GROUP, APC**

                                             By: /s/ Gustavo Ponce
                                             David J. McGlothlin, Esq.
                                             Mona Amini, Esq.
                                             Gustavo Ponce, Esq.
                                             *Attorneys for Plaintiff*

# PROOF OF SERVICE

I hereby certify that on December 12, 2022, I electronically transmitted the document(s) listed below to CM/ECF system on this date.

**PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW**

                              **KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*