**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
*Timothy Chandler*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CHANDLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,<br><br>Defendant. | Case No.: 3:22-cv-00636-W-DEB<br><br>**DECLARATION OF GUSTAVO PONCE IN SUPPORT OF PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**<br><br>**HON. THOMAS J. WHELAN**<br><br>**DATE:      JANUARY 23, 2023**<br>**COURTROOM:  3C**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE** |

I, Gustavo Ponce, declare:

1. I am one of the attorneys for the Plaintiff in this action. I submit this declaration in support of Plaintiff's Counsel's Motion to Withdraw. I am licensed to practice law before this court and all California State courts. If called as a witness, I would competently testify to the matters herein from personal knowledge.

2. I, along with the firm of Kazerouni Law Group, APC, including my colleagues David McGlothlin and Mona Amini, (together as "We"), currently represent Plaintiff in this action.

3. Plaintiff and Plaintiff's counsel can longer agree upon the manner in which to handle this action and the attorney-client relationship cannot be maintained as We have lost communication with Plaintiff. If requested by the Court, I would be willing to discuss the basis for this break-down in camera, as I do not intend on prejudicing my client's position.

4. We have communicated with Plaintiff about withdrawing as Plaintiff's counsel via email, mail, and telephone calls to no avail from Plaintiff.

5. On November 7, 2022, I formally provided written notice to Plaintiff of my intention to withdraw from representation as we had not heard from Plaintiff in quite some time after numerous efforts to get in contact with Plaintiff.

6. We have attempted to contact Plaintiff several times though his last known email address as well as telephone number but received no response back from Plaintiff.

7. To this day We have not received a bounced back email or return as undeliverable of any of the communications we have sent Plaintiff.

8. We have taken all reasonable steps under the circumstances to avoid any foreseeable prejudice to the rights of Plaintiffs.

9. I respectfully request this Court grant my request for myself, the firm of Kazerouni Law Group, APC, as well as my colleagues David McGlothlin and Mona Amini, to be relieved from representation of Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2022, pursuant to the laws of the State of Nevada at Las Vegas.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

**PROOF OF SERVICE**

I hereby certify that on December 12, 2022, I electronically transmitted the document(s) listed below to CM/ECF system on this date.

**DECLARATION OF GUSTAVO PONCE IN SUPPORT OF PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW**

                        **KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*