**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
*Timothy Chandler*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CHANDLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,<br><br>Defendant. | Case No.:  3:22-cv-00636-W-DEB<br><br>**NOTICE OF PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW**<br><br>**HON. THOMAS J. WHELAN**<br><br>**DATE:      JANUARY 23, 2023**<br>**COURTROOM:  3C**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE** |

1   **PLEASE TAKE NOTICE** that on January 23, 2023 in the Courtroom of the
2   Honorable Thomas J. Whelan, Courtroom 3C, located at the United States District
3   Court at 221 West Broadway San Diego, CA 92101, counsel for Plaintiff, Gustavo
4   Ponce, of Kazerouni Law Group, APC, will move this Court for Gustavo Ponce,
5   David McGlothlin, Mona Amini, and the firm of Kazerouni Law Group APC, to be
6   removed as counsel for Plaintiff. This Motion will be based on this Notice, the
7   accompanying Points and Authorities, and Declaration of Gustavo Ponce.

9   Dated: December 12, 2022                     Respectfully submitted,
10                                               **KAZEROUNI LAW GROUP, APC**

12                                               By: /s/ Gustavo Ponce
                                                 David J. McGlothlin, Esq.
13                                               Mona Amini, Esq.
                                                 Gustavo Ponce, Esq.
14                                               *Attorneys for Plaintiff*

## PROOF OF SERVICE

I hereby certify that on December 12, 2022, I electronically transmitted the document(s) listed below to CM/ECF system on this date.

**NOTICE OF PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW**

                                 **KAZEROUNI LAW GROUP, APC**

                                 By: /s/ Gustavo Ponce
                                 David J. McGlothlin, Esq.
                                 Mona Amini, Esq.
                                 Gustavo Ponce, Esq.
                                 *Attorneys for Plaintiff*