**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
*Timothy Chandler*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY CHANDLER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation, <br><br> Defendant. | Case No.: 3:22-cv-00636-W-DEB <br><br> **DECLARATION OF GUSTAVO PONCE REGARDING PLAINTIFF'S COUNSELS' NOTICE OF HEARING TO TIMOTHY CHANDLER** <br><br> **HON. THOMAS J. WHELAN** <br><br> **DATE:     JANUARY 23, 2023** <br> **COURTROOM:  3C** <br><br> **NO ORAL ARGUMENT PURSUANT TO LOCAL RULE** |

- 1 -
DECLARATION OF GUSTAVO PONCE REGARDING
PLAINTIFF'S COUNSELS' NOTICE OF HEARING TO TIMOTHY CHANDLER

I, Gustavo Ponce, declare:

1. I am one of the attorneys for the Plaintiff in this action. I submit this declaration in support of Plaintiff's Counsel's Motion to Withdraw. I am licensed to practice law before this court and all California State courts. If called as a witness, I would competently testify to the matters herein from personal knowledge.
2. I along with David McGlothlin, Mona Amini, and the firm of Kazerouni Law Group, APC, currently represent Plaintiff in this action.
3. On December 12, 2022, I provided Plaintiff with written notice of the date, time, and location of the Motion to Withdraw via U.S. Mail.
4. Furthermore, on December 12, 2022, I sent an electronic message via email to Plaintiff providing Plaintiff with written notice of the date, time, and location of the Motion to Withdraw.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2022, pursuant to the laws of the State of Nevada at Las Vegas.

Dated: December 12, 2022

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

- 2 -
DECLARATION OF GUSTAVO PONCE REGARDING
PLAINTIFF'S COUNSELS' NOTICE OF HEARING TO TIMOTHY CHANDLER

## PROOF OF SERVICE

I hereby certify that on December 12, 2022, I electronically transmitted the document(s) listed below to CM/ECF system on this date.

**DECLARATION OF GUSTAVO PONCE REGARDING PLAINTIFF'S COUNSELS' NOTICE OF HEARING TO TIMOTHY CHANDLER**

                **KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

DECLARATION OF GUSTAVO PONCE REGARDING
PLAINTIFF'S COUNSELS' NOTICE OF HEARING TO TIMOTHY CHANDLER