# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CHANDLER,<br><br>  Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,<br><br>  Defendants. | Case No.: 22-cv-00636-W-DEB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE, CIV.LR 41.1** |

Plaintiff Timothy Chandler filed this action asserting claims against Defendant Midland Credit Management, Inc. ("Midland"), a Kansas corporation in the Superior Court of the State of California for the County of San Diego. (*See Notice of Removal* [Doc. 1-2].) On May 6, 2022, Midland filed the Answer and removed the action to the United States District Court for the Southern District of California. (*See Notice of Removal* [Doc. 1].)

Plaintiff's last appearance in this case was at the Settlement Disposition Conference held by Judge Butcher on November 4, 2022 [Doc. 11]. On December 12, 2022, Attorney Gustavo Ponce filed a motion to withdraw as counsel representing the

attorney-client relationship could not be maintained [Doc. 12]. In the motion, counsel states that Chandler has been unresponsive and communication with him has been completely lost. The Court granted the motion to withdraw on January 12, 2023 [Doc. 14]. On March 3, 2023, Magistrate Judge Daniel E. Butcher held a telephonic Status Conference at which Plaintiff did not appear. (*See Order Following Telephonic Status Conference* [Doc. 17].)

On May 22, 2023, the Court set a hearing for June 12, 2023 at 10:30 a.m. and ordered Plaintiff to file a brief explaining why the case should not be dismissed for failure to prosecute on or before Monday, June 5, 2023. (*See Order to Show Cause Why Case Should not be Dismissed for Failure to Prosecute* [Doc. 18].) Plaintiff has not filed a brief as of the date of this order. Accordingly, the Court **DISMISSES** this action without prejudice and **VACATES** the hearing set for June 12, 2023 at 10:30 a.m. The Clerk of Court is **ORDERED** to close the district court case file.

**IT IS SO ORDERED.**

Dated: June 7, 2023

_____
Hon. Thomas J. Whelan
United States District Judge